UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>    v.<br><br>EDWARD BUI, a/k/a MICAH BUITRON,<br><br>        Defendant,<br>    v.<br><br>E*TRADE SECURITIES, LLC,<br><br>        Garnishee. | Case No. MC21-0105RSL<br><br>ORDER TO ISSUE WRIT OF<br>CONTINUING GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Edward Bui, a/ka/ Micah Buitron, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, E*Trade Securities, LLC. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-4) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-5) submitted by plaintiff's counsel on September 29, 2021. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 4th day of October, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge