UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUI a/k/a MICAH BUITRON,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>E*TRADE SECURITIES, LLC,<br><br>　　　　　Garnishee. | NO.  2:21-MC-00105-RSL<br><br>　　(2:09-CR-00133-01)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to E*Trade Securities, LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee E*Trade Securities, LLC, filed its Answer on October 12, 2021, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control a Cash Account, valued at $94,273.86, as of October 8, 2021, in which Defendant/Judgment Debtor Edward Bui a/k/a/ Micah Buitron (Mr. Bui) maintains an interest, held in the name of Mr. Bui's

**CONTINUING GARNISHMENT ORDER**
(*USA v. Edward Bui a/k/a Micah Buitron and E*Trade Securities, LLC,*
USDC#: 2:21-MC-00105-RSL / 2:09-CR-00133-01) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

mother, Chuc Nguyen (Ms. Nguyen). The United States' Application for the Writ of Continuing Garnishment established through the Declaration of United States Secret Service Senior Special Agent Douglas Robertson, and exhibits thereto, that the cash account belongs to Mr. Bui and is held only nominally in the name of Ms. Nguyen. Doc. no. 1 at 2; doc. no. 1-2.

On October 5 and 7, 2021, the United States served notice of this garnishment proceeding by First Class U.S. Mail to Mr. Bui, Ms. Nguyen, and Attorney Elaine Diamantides, who represents them in a related New Jersey state court action. Doc. nos. 6, 7, 8. Neither Mr. Bui nor Ms. Nguyen has raised objections or requested a hearing, and the time to do so has passed. 28 U.S.C. §§ 3202(d) and 3205(c)(5).

IT IS THEREFORE ORDERED as follows:

That the Garnishee, E*Trade Securities, LLC, shall immediately pay to the United States District Court, Western District of Washington, the entire amount of the Cash Account identified in Garnishee's Answer, and any other property in the Garnishee's possession, custody, or control, in which the Defendant maintains a non-exempt interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Bui's $236,046.44 restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Bui's outstanding restitution obligation in Case No. 2:09-cr-00133, by the United States District Court for Western District of Washington; and

**CONTINUING GARNISHMENT ORDER**
*(USA v. Edward Bui a/k/a Micah Buitron and E*Trade Securities, LLC,*
USDC#: 2:21-MC-00105-RSL / 2:09-CR-00133-01) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:09-CR-00133-01 and 2:21-MC-00105-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 6th day of December, 2021.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

CONTINUING GARNISHMENT ORDER
(*USA v. Edward Bui a/k/a Micah Buitron and E*Trade Securities, LLC,*
USDC#: 2:21-MC-00105-RSL / 2:09-CR-00133-01) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970